IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
 )
v. ) CR. No. CR 06 175
 ) In Violation of 8 U.S.C.
 ) § 1326(a)
 )
MARCO TULIO BARRERA-GONZALEZ )

**INDICTMENT**

The Grand Jury charges that:

On or about January 19, 2006, Defendant MARCO TULIO BARRERA-GONZALEZ, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States;

in violation of 8 U.S.C. § 1326(a).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

DATE 2/1/06